# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHAD JAMES HUSTON, Defendant. | CR 15-35-GF-BMM ORDER |

Upon the United States' unopposed motion to dismiss Counts I, II, and IV of the Indictment, and for good cause shown,

It is ordered that Counts I, II, and IV of the Indictment against Shad James Huston are dismissed.

DATED this 1st day of March, 2016.

_Brian Morris_
Brian Morris
United States District Court Judge